■ NELSON M. BURKE, Individually and as Parent and Natural Guardian of STEPHANIE J. BURKE, an Infant, and as Administrator of the Estate of JACQUELINE M. BURKE, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 80142.) [656 NYS2d 993] —Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, McMahon, J. (Appeal from Judgment of Court of Claims, McMahon, J.—Negligence.) Present—Denman, P. J., Green, Pine, Balio and Boehm, JJ.